UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **2:19-cv-01650-PSG (AFM)**                                   Date: December 2, 2019

Title  Joshua Kane Smith v. C. Koenig

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): ORDER TO SHOW CAUSE WHY STAY SHOULD NOT BE VACATED**

On July 11, 2019, the Court granted Petitioner's motion for a stay on the condition that he withdraw the unexhausted claim from the petition. On October 18, 2019, after Petitioner withdrew his unexhausted claim, the Court directed Petitioner to file status reports detailing his efforts to exhaust his state remedies with regard to that claim. Petitioner was cautioned that unexcused delay in exhausting his state remedies could result in an order vacating the stay. Petitioner's first status report was due on or before November 15, 2019. (ECF No. 18.)

As of the date of this order, Petitioner has failed to file a status report. In addition, reference to the docket of the California Supreme Court does not reveal any filing by Petitioner after 2017. *See* http://appellatecases.courtinfo.ca.gov. Based upon the record, then, it appears that Petitioner has failed to file a petition presenting his claim to the California Supreme Court as required.

Petitioner is directed to show cause why the stay entered in this case should not be vacated. Specifically, on or before December 23, 2019, Petitioner shall file and serve a response clearly stating whether he has filed a petition in the California Supreme Court and, if not, explain why he has failed to do so. If Petitioner alleges that he has filed such a petition, he shall include a copy of the proof of service and a copy of the prison mail log showing outgoing mail from Petitioner. If Petitioner is unable to produce the foregoing, he shall file a declaration under penalty of perjury detailing his efforts to present his claims to the California

Supreme Court. Absent good cause, Petitioner's failure to diligently exhaust his state remedies may result in an order vacating the stay and ordering briefing on the three exhausted claims presented in the petition.

    **It is so ordered.**

|  | : |
|---|---|
| **Initials of Preparer** | ib |