JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
2/17/21
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA KANE SMITH, | Case No. 2:19-cv-01650-PSG-AFM |
| Petitioner, | |
| v. | **JUDGMENT** |
| C. KOENIG, Warden, | |
| Respondent. | |

This matter came before the Court on the Petition of JOSHUA KANE SMITH for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 2/17/21

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE